Lottie Zagar, Plaintiff-Appellant, v. Bruno Zagar, Defendant, and Nathan Gomberg, Intervenor-Appellee.

Gen. No. 49,464.

First District, Second Division.
March 9, 1965.

Lottie A. Zagar, pro se, of Chicago, appellant; Sidney D. Missner, of Chicago, for appellee. Opinion by JUSTICE BURKE. Not to be published in full.